IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25CR 122-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>NORMAN ENRIQUE LOPEZ-SANTAMARIA )<br>) | **BILL OF INDICTMENT**<br><br>Violations:  8 U.S.C. § 1306(b)<br>8 U.S.C. § 1326(a) |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (ILLEGAL REENTRY BY AN ALIEN -- 8 U.S.C. § 1326(a))

On or about February 9, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**NORMAN ENRIQUE LOPEZ-SANTAMARIA**

an alien, was found in the United States after having been removed therefrom on or about October 26, 2002, at or near Houston, Texas, on or about July 23, 2009 at or near Mesa, Arizona, on or about August 25, 2010 at or near Harlington, Texas, and on or about May 29, 2014, at or near Mesa, Arizona, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

### COUNT TWO
### (FAILURE TO NOTIFY ABOUT A CHANGE OF ADDRESS -- 8 U.S.C. § 1306(b))

On or about May 15, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**NORMAN ENRIQUE LOPEZ-SANTAMARIA**

an alien, failed to give written notice to the Attorney General of a change of his address within

1

ten days from the date of such change, as required by 8 U.S.C. § 1305.

In violation of Title 8, United States Code, Section 1306(b).

A TRUE BILL:

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY