IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25CR122-MOC |
| | ) | |
| v. | ) | **FACTUAL BASIS** |
| | ) | |
| NORMAN ENRIQUE LOPEZ-SANTAMARIA | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about February 9, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, defendant Norman Enrique Lopez-Santamaria, an alien, knowingly reentered the United States after having been removed therefrom on or about October 26, 2002, at or near Houston, Texas, on or about July 23, 2009 at or near Mesa, Arizona, on or about August 25, 2010 at or near Harlington, Texas, and on or about May 29, 2014, at or

1

near Mesa, Arizona, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

RUSS FERGUSON
UNITED STATES ATTORNEY

*(signed)*
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY

### Defendant's Counsel's Signature and Acknowledgment

I have read the Bill of Indictment, Factual Basis, and Plea Agreement in this case, and I have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Bill of Indictment, Factual Basis and Plea Agreement. I hereby certify that the defendant does not dispute this Factual Basis.

*(signed)* DATE: 7/24/2025

W. KELLY JOHNSON
DEFENSE COUNSEL